UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

MARIE-ANN GREENBERG, MAG-1284
MARIE-ANN GREENBERG, STANDING TRUSTEE
30 Two Bridges Road, Suite 330
Fairfield, NJ 07004
(973) 227-2840
Chapter 13 Standing Trustee

In Re:

John Hinchman and Amanda Hinchman

Case No.:  08-36075

Hearing Date:  August 13, 2009

Judge:  NOVALYN L. WINFIELD

Order Filed on
8/19/2009
by Clerk U.S. Bankruptcy
Court District of New Jersey

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

..........

**DATED: 8/19/2009**

Honorable Novalyn L. Winfield
United States Bankruptcy Judge

**(Page Two)**

Debtor:  John Hinchman and Amanda Hinchman

Case No. 08-36075

Caption of Order: Order Permitting Debtor to Cure Arrearages to Trustee

---

THIS MATTER having been opened to the Court on <u>August 13, 2009</u> on notice to <u>Mark Goldman, Esq.,</u>

and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

ORDERED, that the Debtor(s) must convert Chapter 13 case to Chapter 7 case in <u>20</u> days or the case

will be dismissed.

*Approved by Judge Novalyn L. Winfield August  19, 2009*