MARK GOLDMAN
A Professional Corporation
7 Glenwood Avenue - Suite 311B
East Orange, New Jersey    07017
Tel. 973-677-9000

David G. Beslow, Esq. - #DGB-5300
Attorneys for Debtors, John Hinchman and Amanda Hinchman

| | |
|---|---|
| In Re:<br><br>JOHN HINCHMAN and<br>AMANDA HINCHMAN,<br><br>            Debtors. | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Case No. 08-36075/NLW<br><br>Chapter 13<br><br><br>NOTICE TO CONVERT CHAPTER 13<br>PROCEEDING TO A CHAPTER 7<br>PROCEEDING PURSUANT TO RULE 1017(d)<br>and 11 U.S.C. 1307(a) |

    JOHN HINCHMAN and AMANDA HINCHMAN, the debtors herein, petition the Court and says:

    1.  The debtors are eligible to be debtors under Chapter 7 of the Bankruptcy Code and desires to convert this case under that Chapter.

    2.  This case has not previously been converted under 11 U.S.C. 706, 1112, or 1208.

    **WHEREFORE**, debtors pray for relief under Chapter 7 of the Bankruptcy Code.

DATED: September 14, 2009

                                                 DAVID G. BESLOW, ESQ.
                                                 Attorney for Debtors


### VERIFICATION AND CONSENT

    JOHN HINCHMAN and AMANDA HINCHMAN, the Petitioners named herein, certify under penalty of perjury that the foregoing is true and correct. We consent to the conversion of this case to a case under Chapter 7 of the Bankruptcy Code and to adjudication thereof.

DATED: September 14, 2009

                                                 JOHN HINCHMAN, Debtor

DATED: September 14, 2009

                                                 AMANDA HINCHMAN, Debtor