Berman, Sauter, Record & Jardim, P.C.
222 Ridgedale Avenue, Cedar Knolls, NJ    07927
P.O. Box 2249
Morristown, New Jersey 07962-2249
(973) 267-9600
Attorney for   Heritage Lakes at the Quarry Condominium Association, Inc.

---

## UNITED STATES BANKRUPTCY COURT

In the matter of                :
                                 :
                                 :

**John Simonson Hinchman, V**      :
**And Amanda Courtney Hinchman**   :

                                 :     DISTRICT OF NEW JERSEY
                                 :     CHAPTER 13
                                 :
                                 :     CASE NO.: **08-36075-NLW**

---

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

To:     Clerk, U.S. Bankruptcy Court
        US Bankruptcy Court
        Clerk's Office, MLK Jr Federal Building
        50 Walnut Street
        Newark, NJ 07102.

       PLEASE TAKE NOTICE, that the undersigned will appear for the creditor, Heritage Lakes at the Quarry Condominium Association, Inc.. in the above captioned case.  I request, pursuant to Bankruptcy Rules 2002(1) and 9007, that copies of all pleadings, motions, filings and notices in this case be given to and served upon the undersigned.

       PLEASE TAKE FURTHER NOTICE that the foregoing requests includes not only the notices and paper referred to in the rules cited above, but also includes, without limitation, orders and notice of application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether conveyed by mail, telephone, telegraph, telex or otherwise which may effect the rights or interests, in any way of this creditor in the above captioned matter.

                                    *Katherine L. Mikalainis*
                                    Katherine L. Mikalainis

Dated:  September 23, 2009