UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  
    JOHN HINCHMAN  
    AMANDA HINCHMAN  
    Debtor(s)

Case No. 08-36075

CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

    Marie-Ann Greenberg, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/31/2008.

2) The plan was confirmed on 04/14/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/10/2009.

5) The case was converted on 09/29/2009.

6) Number of months from filing to last payment: 2.

7) Number of months case was pending: 9.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $2,500.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $390.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$390.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $351.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $39.00 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$390.00** |
| Attorney fees paid and disclosed by debtor: | $1,800.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMCA | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED CREDIT & COLLECTION B | Unsecured | 1,522.08 | 1,522.08 | 1,522.08 | 0.00 | 0.00 |
| CHASE - CC | Unsecured | 186.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA NA | Unsecured | 272.00 | 306.83 | 306.83 | 0.00 | 0.00 |
| CHASE HOME FINANCE LLC | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CHRYSLER FINANCIAL | Unsecured | 24,203.00 | NA | NA | 0.00 | 0.00 |
| CHRYSLER FINANCIAL SERVICES | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CHRYSLER FINANCIAL SERVICES | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMMERCE BANK, NA | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| CORNWELL QUALITY TOOLS | Secured | 2,415.00 | 2,415.77 | 2,415.77 | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Unsecured | 79.56 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Unsecured | 746.13 | NA | NA | 0.00 | 0.00 |
| DEPT STORES NATL BANK/MACYS | Unsecured | 149.00 | 181.35 | 181.35 | 0.00 | 0.00 |
| DSNB MACYS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DSNB MACYS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 807.00 | 901.49 | 901.49 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 962.00 | 1,019.76 | 1,019.76 | 0.00 | 0.00 |
| ELIZABETHTOWN GAS | Unsecured | 498.50 | 458.55 | 458.55 | 0.00 | 0.00 |
| EXECUTIVE CREDIT BUREA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FASHION BUG/SOANB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB/AMERICAN HONDA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB/LINEN N THINGS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GOODWIN & BRYAN LLP | Unsecured | 2,415.77 | NA | NA | 0.00 | 0.00 |
| HERITAGE LAKES CONDO ASSOCIAT | Unsecured | 2,185.00 | NA | NA | 0.00 | 0.00 |
| HOSPITAL & DOCTORS SERVICE BUR | Unsecured | 63.00 | NA | NA | 0.00 | 0.00 |
| JC PENNEY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| JERSEY CENTRAL POWER & LIGHT | Unsecured | 260.00 | 747.01 | 747.01 | 0.00 | 0.00 |
| LAKELAND BANK | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS, INC. | Unsecured | 167.48 | NA | NA | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 500.00 | 500.00 | 500.00 | 0.00 | 0.00 |
| SERVICE ELECTRIC | Unsecured | 267.99 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SKYLANDS MEDICAL GROUP P.A. | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| SKYLANDS MEDICAL GROUP P.A. | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| SKYLANDS MEDICAL GROUP P.A. | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| SPARTA MEDICAL ASSOCIATES | Unsecured | 96.20 | 96.20 | 96.20 | 0.00 | 0.00 |
| STATE OF NEW JERSEY | Priority | 113.03 | NA | NA | 0.00 | 0.00 |
| T-MOBILE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS, INC. | Unsecured | 737.90 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $2,415.77 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$2,415.77** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$5,733.27** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $390.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS:** | **$390.00** |

**UST Form 101-13-FR-S (9/1/2009)**

    12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 10/06/2009                                        By: /s/ Marie-Ann Greenberg
                                                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**