D.N.J. LOCAL FORM 5

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

**TO: JAMES J. WALDRON, CLERK**
*Case No: 08-36075 NLW*
*Debtor: HINCHMANV, JOHN SIMONSON &  HINCHMAN, AMANDA COURTNEY*

## CHAPTER 7
## INFORMATION FOR NOTICE OF ABANDONMENT

**Donald V. Biase,** Trustee has filed a notice of intention to abandon certain property describe below as being of inconsequential value to the estate.  If any creditor or other party in interest has an objection to the proposed abandonment, the objection and a request for a hearing on such application shall be in writing, served upon the trustee and filed with the Clerk of the United States Court.

Such objection and request shall be filed with the Clerk and served upon the trustee no later than (date *to be fixed by the Court*).

In the event an objection is timely filed a hearing thereon will be held on (*tine and location to fixed by the court*).

If no objection is filed with the Clerk and served upon the trustee on or before (date *to be fixed by the Court*) the abandonment will take effect on (*date to be fixed by Court*).

The description of the property and the liens and exemptions claimed are as follows:

| DESCRIPTION OF THE PROPERTY TO BE ABANDONED | LIENS ON THE PROPERTY OF THE DEBTOR (Including amount claimed due) | EQUITY CLAIMED AS EXEMPT BY THE DEBTOR |
|---|---|---|
| **18 LAKEVIEW DRIVE HAMBURG, NJ** | | |
| F.M.V.=   $200,000.00 | $276,797.00 | $0.00 |

Requests for additional information about the property to be abandoned should be directed to:
NAME:    **DONALD V. BIASE**
ADDRESS:   **22 OAK DRIVE, ROSELAND, N. J.  07068**
TELEPHONE NO**.  (973) 618-1008**
SUBMITTED BY:   **"/S/ *DONALD BIASE*"**          POSITION:  **CHAPTER 7 TRUSTEE**
DATED:  **October 27, 2009**